UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO:  06-289 |
| JOHN C. AUSTER | SECTION: "S" |

### ORDER

**IT IS HEREBY ORDERED** that Dr. Rafael Salcedo conduct a psychological examination of the defendant.  The purposes of said examination are to determine (1) the competency of the defendant to stand trial, pursuant to the provisions of 18 USC § 4241; (2) whether the defendant has a mental disease or defect or any other mental condition that may prevent him from standing trial; and (3) to determine whether the defendant was sane at the time of the offense pursuant to the provisions of 18 USC § 4242(a).

**IT IS FURTHER ORDERED** that Dr. Salcedo examine the defendant on Thursday, October 26, 2006 at the Orleans Parish Prison, Templeman 5, and that upon completion of said examination, he prepare and submit forthwith the written reports as described above to the court, counsel for the Government, and counsel for the defendant.

New Orleans, Louisiana, this 24th day of October, 2006.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE